IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KIM SOUTHAM;<br>JOSE MANUEL SANTOS;<br>THOMAS JOSEPH FLOURNOY;<br>CARI KIM BOOTH;<br>HUNTER MELTON;<br>CHRISTOPHER ALAN BRAUN;<br>PEGGY LOUISE MARTINEZ; and<br>BRITNY WEHRI<br>Defendants. | Civil No. 1:16-CR-0034<br><br>**AFFIDAVIT OF ERIN M. CONROY** |

STATE OF NORTH DAKOTA      )
                           ) SS.
COUNTY OF BOTTINEAU        )

[¶ 1]  My name is Erin M. Conroy.

[¶ 2]  I was appointed on March 16, 2016 to represent Defendant Britny Wehri in the above-referenced case.

[¶ 3]  On or about May 27, 2016, was the last contact I had from Ms. Wehri via email.

[¶ 4]  On or about May 29, 2016, I send Ms. Wehri an email asking her to contact my office for a telephone conference. Britny did not respond.

[¶ 5]  On June 6, 2016, I sent Britny an email requesting her to contact my office to review additional discovery. Britny did not respond.

[¶ 6]  On June 14, 2016, we sent a copy of the June 6, 2016 email correspondence to her last known postal address enclosing a copy of the email along with correspondence

1

telling her she needed to contact us immediately or we would seek to terminate representation.

[¶ 7] On July 28, 2016, this office sent Wehri a final item of correspondence stating that if she did not contact our office within ten (10) days we would request the court allow our office to termination representation. The letter was returned as not deliverable.

[¶ 8] We also made numerous attempted telephone calls to her last known number asking her to contact our office.

[¶ 9] We have no knowledge of her whereabouts or how to locate her. Ms. Wehri's lack of communication with this office has made it impossible to continue in any capacity in her representation.

[¶ 10] I am asking this Court to allow me to withdraw as Ms. Wehri's counsel of record.

[¶ 11] Further your affiant sayeth not.

Dated this the 18 day of August, 2016.

_____
Erin M. Conroy

Subscribed and sworn to before me this the 18th day of August, 2016.

LISA A. VAD
Notary Public
State of North Dakota
My Commission Expires Nov. 4, 2021

_____
Notary Public

2